UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

UNITED STATES OF AMERICA    :

           -v.-                   :      <u>Order</u>

JOSEPH P. COLLINS,          :      07 Cr. 1170 (LBS)

           Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-08

SAND, D.J.

      WHEREAS, the defendant made his initial appearance before the Court on December 18, 2007 and was arraigned on the charges contained in the above-referenced indictment at that time;

      WHEREAS, the Court, during the defendant's initial appearance and arraignment, established a schedule for the Government to make discovery and for the defendant to determine whether he intends to make motions;

      WHEREAS, the Court, during the defendant's initial appearance and arraignment, set May 12, 2008 at 4:00 p.m. as the date and time for the next conference in this matter;

      WHEREAS, the defendant, during his initial appearance and arraignment, consented, through counsel, to having the time between his initial appearance and arraignment until the May 12, 2008 conference excluded from any calculation of time under the Speedy Trial Act;

      WHEREAS, the adjournment of this matter until May 12, 2008 will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial

because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted, 18 U.S.C. § 3161(h)(8)(A)-(B);

WHEREAS, the Court ruled during the defendant's initial appearance and arraignment that the time between December 18, 2007 and May 12, 2008 be excluded from any calculation of time under the Speedy Trial Act and requested that a written order memorializing the Court's ruling be submitted to the Court by the Government, which order has been submitted,

IT IS HEREBY ORDERED that the time between the defendant's initial appearance and arraignment on December 18, 2007 and the conference that has been scheduled for May 12, 2008 is excluded from the calculation of time under the Speedy Trial Act. The continuance of this matter until May 12, 2008 will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted. 18 U.S.C. § 3161(h)(8)(A)-(B).

Dated: New York, New York
December ___, 2007
Jan. 7, 2008

_____
UNITED STATES DISTRICT JUDGE

1093

2