```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :  No. 07 CR 1170 (LBS)
                                           :
                                           :
v.                                         :
                                           :  ECF Case
                                           :
JOSEPH P. COLLINS,                         :
                                           :
                Defendant.                 :
                                           :
                                           :
------------------------------------------ X
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Jonathan P. Bach, a member of good standing in this Court, hereby enters his appearance as lead counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York          Respectfully submitted,
        January 15, 2008

                                               *[signature]*
                                           Jonathan P. Bach (JPB 9710)
                                           Cooley Godward Kronish LLP
                                           1114 Avenue of the Americas
                                           New York, NY 10036-7798
                                           Phone: (212) 479-6000
                                           Fax:    (212) 479-6275

## CERTIFICATE OF SERVICE

I, Timothy M. Kerr, hereby certify that on this 15th day of January, 2008, I served a true and correct copy of the Notice of Appearance of Jonathan P. Bach on behalf of Joseph P. Collins, by overnight delivery, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Timothy M. Kerr (TK 3979)