UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :   No. 07 CR 1170 (LBS)
                                           :
                                           :
v.                                         :
                                           :   **ECF Case**
                                           :
JOSEPH P. COLLINS,                         :
                                           :
            Defendant.                     :
                                           :
                                           :
------------------------------------------ X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

  William J. Schwartz, a member of good standing in this Court, hereby enters his appearance as lead counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York      Respectfully submitted,
    January 15, 2008

                   _____
                   William J. Schwartz (WJS 8462)
                   Cooley Godward Kronish LLP
                   1114 Avenue of the Americas
                   New York, NY 10036-7798
                   Phone: (212) 479-6000
                   Fax:  (212) 479-6275

## CERTIFICATE OF SERVICE

I, Timothy M. Kerr, hereby certify that on this 15th day of January, 2008, I served a true and correct copy of the Notice of Appearance of William J. Schwartz on behalf of Joseph P. Collins, by overnight delivery, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Timothy M. Kerr (TK 3979)