UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
UNITED STATES OF AMERICA
                                                          :     No. 07 CR 1170 (LBS)
                                                          :

                                                          :

v.                                                        :

                                                          :     **ECF Case**

                                                          :
JOSEPH P. COLLINS,                                        :

                    Defendant.                            :

                                                          :

                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>**NOTICE OF APPEARANCE**</u>

To the Clerk of the Court and all parties of record:

      Timothy M. Kerr, a member of good standing in this Court, hereby enters his appearance

as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York           Respectfully submitted,
       January 15, 2008

                                    Timothy M. Kerr (TK 3979)
                                    Cooley Godward Kronish LLP
                                    1114 Avenue of the Americas
                                    New York, NY 10036-7798
                                    Phone: (212) 479-6000
                                    Fax:    (212) 479-6275

## CERTIFICATE OF SERVICE

I, Timothy M. Kerr, hereby certify that on this 15th day of January, 2008, I served a true and correct copy of the Notice of Appearance of Timothy M. Kerr on behalf of Joseph P. Collins, by overnight delivery, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Timothy M. Kerr (TK 3979)