UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :   No. 07 CR 1170 (LBS)
                                           :
                                           :
v.                                         :
                                           :   ECF Case
                                           :
JOSEPH P. COLLINS,                         :
                                           :
            Defendant.                     :
                                           :
                                           :
------------------------------------------ X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Daniel M. Hibshoosh, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York          Respectfully submitted,
       January 15, 2008

                                   _____
                                   Daniel M. Hibshoosh (DH 8959)
                                   Cooley Godward Kronish LLP
                                   1114 Avenue of the Americas
                                   New York, NY 10036-7798
                                   Phone: (212) 479-6000
                                   Fax:   (212) 479-6275

## CERTIFICATE OF SERVICE

I, Timothy M. Kerr, hereby certify that on this 15th day of January, 2008, I served a true and correct copy of the Notice of Appearance of Daniel M. Hibshoosh on behalf of Joseph P. Collins, by overnight delivery, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Timothy M. Kerr (TK 3979)