```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v.-                        :       Order
                                        :
JOSEPH P. COLLINS,                      :       07 Cr. 1170 (LBS)
                                        :
            Defendant.                  :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAND, D.J.

      WHEREAS, the defendant made his initial appearance before the Court on December 18, 2007 and was arraigned on the charges contained in the above-referenced indictment at that time;

      WHEREAS, the defendant, during his initial appearance and arraignment, consented, through counsel, to having the time between his initial appearance and arraignment until the May 12, 2008 conference that was scheduled at that time excluded from any calculation of time under the Speedy Trial Act;

      WHEREAS, the Court subsequently signed an order memorializing the exclusion of time from December 18, 2007 through May 12, 2008;

      WHEREAS, counsel for the defendant, by letter dated May 6, 2008, has indicated that they are in the process of reviewing discovery provided by the Government and have identified certain motions that the defendant intends to make at a later date;

      WHEREAS, the Court has set a motion schedule providing for the filing of defense motions on June 27, 2008;

WHEREAS, the time between now and June 27, 2008 will be used by defense counsel to review discovery, prepare motions, and consult with the defendant;

WHEREAS, the exclusion of time from until the filing of defense motions on June 27, 2008 will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted, 18 U.S.C. § 3161(h)(8)(A)-(B);

IT IS HEREBY ORDERED that the time between now and the filing of defense motions on June 27, 2008 be excluded from the calculation of time under the Speedy Trial Act. The continuance of the deadline for the filing of defense motions will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted. 18 U.S.C. § 3161(h)(8)(A)-(B).

Dated: New York, New York
May 12, 2008

_____
UNITED STATES DISTRICT JUDGE