UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                                                   :

UNITED STATES OF AMERICA    :

    -v.-        :    <u>Order</u>

JOSEPH P. COLLINS,    :    07 Cr. 1170 (LBS)

    Defendant.    :
------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-18-08]

SAND, D.J.

    WHEREAS, a conference in this matter was held on June 10, 2008 and the defendant was present at that conference;

    WHEREAS, the Court, during the conference, fixed a trial date of April 6, 2009;

    WHEREAS, defense counsel indicated that the time between the conference and trial would be used to review discovery, prepare motions, consult with the defendant and otherwise prepare for trial;

    WHEREAS, defense counsel consented to the exclusion of time under the Speedy Trial Act from the date of the conference until April 6, 2009;

    WHEREAS, the exclusion of time until April 6, 2009 will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted, 18 U.S.C. § 3161(h)(8)(A)-(B);

    IT IS HEREBY ORDERED that time until April 6, 2009 be excluded from the calculation of time under the Speedy Trial Act. The continuance of a trial in this matter will

serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted. 18 U.S.C. § 3161(h)(8)(A)-(B).

Dated: New York, New York
       June 16, 2008

_____
UNITED STATES DISTRICT JUDGE