```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA           :

         vs.                       :     No. 07 Cr. 1170 (LBS)

JOSEPH P. COLLINS,                 :     **ORDER**

              Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

      Counsel for Defendant have advised this Court that on June 27, 2008, they filed an Affidavit of Barry D. Colvert dated June 24, 2008, which inadvertently contained personal Confidential information concerning the defendant in this matter. Accordingly, the Clerk of the Court is directed to strike Docket Entry No. 18. Counsel for Defendant are directed to file a redacted version of the Affidavit in question, omitting any personal confidential information, within three days of the date of this Order.

Dated:   July 2, 2008
           New York, New York

SO ORDERED:

_____
HON. LEONARD B. SAND *Sidney H. Stein*
        U.S.D.J.

Part I

*Counsel of Record:*

Neil M. Barofsky, Esq.
Christopher L. Garcia, Esq.
United States Attorneys Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

William Schwartz, Esq.
Jonathan Bach, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant Joseph P. Collins*