```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :   No. 07 CR 1170 (LBS)
                                     :
                                     :
v.                                   :
                                     :   ECF Case
                                     :
JOSEPH P. COLLINS,                   :
                                     :
              Defendant.             :
                                     :
                                     :
------------------------------------ X
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Kathleen E. Cassidy, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York
       July 25, 2008

Respectfully submitted,

*/s/ Kathleen E. Cassidy*

Kathleen E. Cassidy (KC 0630)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275

## CERTIFICATE OF SERVICE

I, Kathleen E. Cassidy, hereby certify that on this 25th day of July, 2008, I served a true and correct copy of the Notice of Appearance of Kathleen E. Cassidy on behalf of Defendant Joseph P. Collins, by Electronic Court Filing, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

_____
Kathleen E. Cassidy (KC 0630)