MEMO ENDORSED



Jonathan Bach
(212) 479-6470
jbach@cooley.com



BY FACSIMILE TO 212-805-7919

August 12, 2008

Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    RE: **United States v. Joseph P. Collins,**
       07 Cr. 1170 (LBS)

Dear Judge Sand:

    We write to request an additional week to submit our reply brief in support of the pretrial motions that we filed on behalf of defendant Joseph Collins in the above-referenced matter. Our reply is currently due on August 15, 2008, and we seek an adjournment until August 22, 2008. We have been working diligently on this matter, but require additional time to prepare our reply. Assistant United States Attorney Christopher Garcia has advised me that the government has no objection to the proposed adjournment.

                 Sincerely,

                 Jonathan Bach

cc: Neil M. Barofsky
   Christopher L. Garcia
   Assistant United States Attorneys

**MEMO ENDORSED**

*Adjournment granted as we requested. So ordered.* 8/12/08 /s/ LB Sand USDJ

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM