## **CERTIFICATE OF SERVICE**

I, Timothy M. Kerr, certify that on August 22, 2008, I served a true and correct copy of Defendant Joseph P. Collins's Reply Memorandum of Law in Support of Pre-Trial Motions and Affidavit of Barry D. Colvert by Electronic Court Filing, upon:

Christopher Louis Garcia
U.S. Attorney's Office for the Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

    /s/ Timothy M. Kerr
Timothy M. Kerr (TK 3979)