# LOYOLA ✤ ACADEMY



Honorable Robert P. Patterson
United States District Court
Judge of Southern District Court of New York
500 Pearl Street
Room 2550
New York, N.Y. 10007

07 CR 1170 (RPP)

Dear Judge Patterson,

I am writing on behalf of Joseph Collins in regard to his upcoming sentencing. As a Football Coach and School Administrator, I have known Joseph Collins and his family since I started working at Loyola Academy in 1993. His son, Chris attended Loyola Academy with my brother, Mike. His son, Brendan graduated from our school in 1994 and I coached his son Patrick, class of 2000, in football.

In my interactions with Joe, I have found him to be a man dedicated to his faith, devoted husband, loving father and a man of high moral character. Over the last 16 years, Joe and his wife, Mary Pat have consistently helped many of our students at our school by volunteering their time and supporting those students who could not otherwise afford to attend our school. He has always eager to look after those who are most in need.

Loyola Academy is not the only school that has benefitted from Joe's care for others. He has also helped students in need at Regina Dominican High School in Wilmette, St. Athanasius Grade School in Evanston, the University of Notre Dame and the College of the Holy Cross.

Your honor, I hope that this letter gives you a better picture of the kind of man that Joseph Collins is. Thank you for taking the time to consider this letter and I pray that it will help you in your decision-making.

Sincerely,

Les Seitzinger

A JESUIT CO-EDUCATIONAL COLLEGE PREPARATORY SCHOOL

1100 LARAMIE AVENUE    WILMETTE, ILLINOIS 60091-1089    TELEPHONE 847.256.1100    FAX 847.853.4512