UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:
UNITED STATES OF AMERICA                :    07 Cr. 1170 (RPP)
vs.                                     :    **NOTICE OF MOTION**
:
JOSEPH P. COLLINS,                      :
Defendant.                              :
------------------------------------- X

PLEASE TAKE NOTICE that, on the Declaration of Kathleen Cassidy and the accompanying Memorandum of Law, Defendant Joseph P. Collins will move this Court, before the Honorable Robert P. Patterson, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined, for an order, pursuant to Federal Rule of Criminal Procedure 33, granting a new trial on the grounds of newly discovered evidence.

Dated: New York, New York
       December 4, 2009

                                   COOLEY GODWARD KRONISH LLP

                                   By: _____
                                       William J. Schwartz (WJS 8462)
                                       Jonathan Bach (JPB 9710)

                                   1114 Avenue of the Americas
                                   New York, NY 10036
                                   Phone: (212) 479-6000
                                   Fax: (212) 479-6275

                                   *Attorneys for Defendant Joseph P. Collins*