CBDPCOLF                    Deliberations

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,              New York, N.Y.

 4            v.                            07 Cr. 1170 (LAP)

 5   JOSEPH P. COLLINS,

 6              Defendant.

 7   ------------------------------x
                                            November 13, 2012
 8                                          3:48 p.m.
     Before:
 9
                     HON. LORETTA A. PRESKA,
10
                                            District Judge
11
                          APPEARANCES
12
     PREET BHARARA
13        United States Attorney for the
          Southern District of New York
14   BY:  HARRY A. CHERNOFF
          MICHAEL A. LEVY
15        EDWARD A. IMPERATORE
              Assistant United States Attorneys
16
     COOLEY LLP
17        Attorneys for Defendant
     BY:  WILLIAM SCHWARTZ
18        JONATHAN BACH
          REED SMITH
19        LAUREN GERBER LEE

20            - also present -

21   Robert Clark,
          Postal Inspectors, U.S. Postal Inspection Service
22
     Gary Smith,
23        Paralegal, U.S. Attorney's Office

24   Stephanie O'Connor,
          Consultant for defense
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1              (In open court; jury not present)

2              THE COURT:  Counsel, I wanted to put on the record the

3    notes that we've received during the day.  Court Exhibit F was

4    a chart, and written on the outside of the envelope it said

5    "Please make 12 copies of enclosed."  It was essentially the

6    elements of the offense as charged.

7              Court Exhibit G was a request for Exhibit 359,

8    annotated "IPO with J. Collins' markings.  Also e-mails in

9    Counts Six, Seven, Eight, Nine.  Count Six, April 18, 2004;

10   Counts Seven and Eight, May 6, 2004; Count Nine, June 7, 2004."

11   And I understand that you folks have collected those and sent

12   them in.

13             Court Exhibit H was a request for Santo Maggio

14   testimony, exhibits listed on the following page, and they

15   listed Defense Exhibit 208 -- I'll spare you reading out loud

16   the descriptions -- Defense Exhibit 312, Defense Exhibit 328,

17   Government Exhibits 781 and 782, Government Exhibit 304,

18   Defense Exhibit 1139, Defense Exhibit 713, Government

19   Exhibit 1960.

20             Court Exhibit I, "To the Court:  In our last request

21   we included a page that listed the exhibits.  If possible, we

22   would like to get that page back.  Thank you."

23             Counsel, is there any objection to my sending that

24   page back in to them?

25             MR. SCHWARTZ:  I think, your Honor, we agreed to Xerox

1    it, and I don't know if the Xerox has already gone in or not.
2             THE COURT:  It's already gone in.
3             MR. SCHWARTZ:  I think the only thing that has not
4    gone in is the Maggio testimony.
5             THE COURT:  Right, which I understand you're checking
6    for redactions.
7             MR. SCHWARTZ:  I think, at the moment, the government
8    has it.  Yes.
9             MR. CHERNOFF:  We won't finish it before they
10   indicated they'll be leaving, but we'll have it for the
11   morning.
12            THE COURT:  Okay.  And we know what time they're
13   leaving?
14            MR. SCHWARTZ:  4:00.
15            THE COURT:  Exactly, which is not 15 minutes from now.
16   Anything else, friends?
17            MR. CHERNOFF:  Not from the government, your Honor.
18            MR. SCHWARTZ:  Not from us.
19            THE COURT:  Thank you.
20            MR. SCHWARTZ:  See you tomorrow, Judge.
21            THE COURT:  See you tomorrow.
22            (Adjourned to November 14, 2012, at 10:00 a.m.)
23
24
25